**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>    Stacie Chambers<br><br><br>        Debtor(s) | Case No. 12 B 50464 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/28/2012.

2) The plan was confirmed on 03/13/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Dismissed on 01/20/2016.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 39.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $7,062.02 | |
| Less amount refunded to debtor | $294.07 | |
| **NET RECEIPTS:** | | **$6,767.95** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,445.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $267.74 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,712.74** |

Attorney fees paid and disclosed by debtor:          $400.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. (Original Creditor:At T) | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | NA | 666.48 | 666.48 | 71.58 | 0.00 |
| America's Financial Choice Inc | Unsecured | 434.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 88.00 | 445.86 | 445.86 | 47.88 | 0.00 |
| Bennett & DeLoney | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| BlueCross Blue Shield | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 510.00 | 580.78 | 580.78 | 62.38 | 0.00 |
| Charter ONE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Chicago Tribune | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| cigar aficionado | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 1,000.00 | 843.00 | 843.00 | 90.55 | 0.00 |
| Claims Accounting | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Clerk of the Circuit Court | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 331.00 | 185.24 | 185.24 | 19.90 | 0.00 |
| Community Healthcare System | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Continental Finance | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| Contract Callers Inc | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| Cook County State's Attorney | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Asso | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & A | Unsecured | 299.00 | NA | NA | 0.00 | 0.00 |
| DDA Recovery | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 25,664.00 | 26,790.60 | 26,790.60 | 0.00 | 0.00 |
| Dependon Collection | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Se (Original Credito | Unsecured | 669.00 | NA | NA | 0.00 | 0.00 |
| Dialamerica Marketing, Inc. | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| EMP Of Chicago | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| Eos / Cca (Original Creditor:At T) | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Francisian St James Health | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Great American Storage | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| I C System Inc (Original Creditor:Able S | Unsecured | 1,363.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 100.00 | 200.00 | 200.00 | 18.84 | 0.00 |
| Komyatte & Associates | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Lansing Police | Unsecured | 471.00 | NA | NA | 0.00 | 0.00 |
| LCA Collections | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Leading Edge Recovery Solutions | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Marauder Corporation | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| Mercy Hospital & Medical Center | Unsecured | 645.00 | NA | NA | 0.00 | 0.00 |
| Mercy Hospital and Med Center | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MFG Financial | Unsecured | 823.00 | 1,644.06 | 1,644.06 | 176.58 | 0.00 |
| Monroe & Main | Unsecured | 234.00 | 234.10 | 234.10 | 22.06 | 0.00 |
| Municipal Collections Of America | Unsecured | 1,350.00 | 1,650.00 | 1,650.00 | 177.22 | 0.00 |
| Nicor Gas | Unsecured | 1,565.00 | 753.05 | 753.05 | 80.88 | 0.00 |
| Northland Group | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 800.00 | 1,194.40 | 1,194.40 | 128.29 | 0.00 |
| Payday Loan Store | Secured | 1,500.00 | 0.00 | 1,500.00 | 1,500.00 | 116.76 |
| Penn Credit | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 200.00 | 200.00 | 200.00 | 18.84 | 0.00 |
| Publishers Clearing House | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 820.00 | 771.64 | 771.64 | 82.88 | 0.00 |
| riverside county dpss | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Rushmore Service Center | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| South holland police | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 1,073.00 | 1,073.09 | 1,073.09 | 115.26 | 0.00 |
| Standard Parking | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| surgical assoc of nw indiana | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Management | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| TRS Recovery Service | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| USA Payday Loans | Unsecured | 1,300.00 | 1,194.18 | 1,194.18 | 128.27 | 0.00 |
| Vativ Recovery Solutions LLC | Unsecured | NA | 626.82 | 626.82 | 67.33 | 0.00 |
| Vativ Recovery Solutions LLC | Unsecured | NA | 217.57 | 217.57 | 20.50 | 0.00 |
| Vativ Recovery Solutions LLC | Unsecured | NA | 244.09 | 244.09 | 23.00 | 0.00 |
| Vativ Recovery Solutions LLC | Unsecured | NA | 802.64 | 802.64 | 86.21 | 0.00 |
| Village of Lansing | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,500.00 | $1,500.00 | $116.76 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,500.00** | **$1,500.00** | **$116.76** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$40,317.60** | **$1,438.45** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,712.74 |
| Disbursements to Creditors | $3,055.21 |
| | |
| **TOTAL DISBURSEMENTS** : | **$6,767.95** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/11/2016                    By: /s/ Marilyn O. Marshall
                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**